No. 5189.  RHODES v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 5192.  DAVIS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 5193.  BEARDEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 5194.  HAYES v. COX, PENITENTIARY SUPERIN-TENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 5196.  FULLER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 5200.  RICE v. SCHMIDT, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 5201.  PAYNE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 5202.  JONES v. SALISBURY, CORRECTIONAL SUPER-INTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 5203.  ALLEN v. NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 5204.  DAVIS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 5206.  MONTIJO v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 5209.  WHITE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 5212.  NIX v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.